**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

JOSEPH P. BRAUD JR.                                          CIVIL ACTION

VERSUS                                                       NO. 20-1254

RODERICK J. JEMISON ET AL                                    SECTION "B"(4)

<u>ORDER AND REASONS</u>

Considering defendants' "Motion to Strike Untimely Expert Disclosure" (Rec. Doc. 31) and plaintiff's opposition (Rec. Doc. 37),

**IT IS ORDERED** that the motion to strike (Rec. Doc. 31) is **DENIED.**

However, in view of plaintiff's failures to timely (1) disclose the identity of its expert witness and (2) produce their reports,

**IT IS FURTHER ORDERED** that sanctions shall be issued against the plaintiff. While the reports were submitted a few days late, plaintiff failed to timely identify his expert witness(es) as required by the Rule 16 order, despite having the underlying basis for an expert and report, and without explanation for the eventual late productions. *See* Rec. Doc. 22. As sanctions, plaintiff shall pay the reasonable deposition costs of their expert(s) at issue, i.e., court reporter's fees and costs, and the vocational rehab and/or life care planner expert's fees for appearing at the deposition. Lastly, defendants' expert reports shall be

1

**due no later than 20 days from entry of this order**.

New Orleans, Louisiana this 9th day of June, 2021

_____
SENIOR UNITED STATES DISTRICT JUDGE